

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Texas Property and Casualty
Insurance Guaranty Association,

\* Original Mandamus Proceeding

No. 11-25-00191-CV

\* August 21, 2025

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be conditionally granted. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is conditionally granted, and we direct the trial court to vacate its sanction order. A writ of mandamus will issue only if the trial court fails to comply by September 5, 2025.